# In the United States Court of Federal Claims

No. 16-12C
(Filed: July 24, 2018)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

# **O R D E R**

On July 19, 2018 plaintiff filed a motion (ECF No. 76) to request clarification of the court's July 18, 2018 order (ECF No. 75) scheduling oral argument. Specifically, plaintiff seeks clarification as to which motions will be argued at the September 27, 2018 oral argument and the order the motions will be addressed at the hearing. Defendant filed its response on July 23, 2018 (ECF No. 77).

After review of the parties' filings, the court agrees with defendant and oral argument will focus on defendant's motion to dismiss (ECF No. 11). Each party shall address their remaining motion(s)[1] within the context of defendant's motion to dismiss. Each party shall have two hours for oral argument, including rebuttals.[2]

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge

---

[1] Defendant's cross-motion to strike (ECF No. 68); plaintiff's motion to strike statements of defendant (ECF No. 62); plaintiff's motion for an order to permit jurisdictional discovery (ECF No. 16); and plaintiff's motion for evidentiary hearings (ECF No. 53).

[2] Prior to oral argument the court may issue an order providing the parties with specific questions they should be prepared to address at oral argument.