# In the United States Court of Federal Claims

No. 16-12C
(Filed: August 15, 2018)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**SCHEDULING ORDER FOR BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT I**

In addition to argument on defendant's motion to dismiss (ECF No. 11) and the motions identified the court's July 24, 2018 order on clarification (ECF No. 79, footnote 1), the court also wishes to hear argument on plaintiff's motion for summary judgment on Count I (ECF No. 65).  The court, therefore, **VACATES** its April 5, 2018 order (ECF No. 67) staying briefing on plaintiff's motion for summary judgment. The briefing schedule is as follows:

| | |
|---|---|
| **September 14, 2018** | Defendant shall file its response to plaintiff's motion for summary judgment addressing the relevant Louisiana law. |
| **September 21, 2018** | Plaintiff shall file its reply in support of its motion for summary judgment. |

No extensions of time will be granted.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge