# In the United States Court of Federal Claims

No. 16-12C
(Filed: September 28, 2018)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

Following yesterday's oral argument concerning, in part, the government's motion to dismiss based on primary jurisdiction, the court has reviewed its records and finds it does not have a complete record of the filings currently before the Interior Board of Land Appeals ("IBLA").

In order to evaluate the merits of the government's motion, the court hereby **ORDERS** the government to file with the court a copy of the IBLA docket sheet together with the substantive filings and any attached exhibits pending before the IBLA by **October 12, 2018**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge