# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC,** ) | |
| ) | |
| Plaintiff, ) | No. 16-12C |
| ) | Judge Nancy B. Firestone |
| v. ) | |
| ) | |
| **THE UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF FILING UNDER SEAL

Pursuant to the Court's Order dated September 28, 2018, defendant, the United States, respectfully files under seal and by hand delivery to the Court three compact disks of substantive filings and exhibits pending before the Interior Board of Land Appeals (IBLA) in the proceeding *Taylor Energy Company LLC*, IBLA 2015-207.

The documents are being filed in this Court under seal given the protective order issued by the IBLA dated October 11, 2016 (attached hereto as Exhibit A).[1] The docket sheet for IBLA 2015-207 is attached hereto as Exhibit B; the substantive filings are highlighted. We have filed compact disks with the Court rather file the documents electronically because the documents filed in the IBLA total more than 7,300 pages.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

---

[1] The United States filed Taylor's Notice of Appeal in IBLA 2015-207 as Exhibit H to Defendant's motion to dismiss, and the answer of the Bureau of Safety and Environmental Enforcement (BSEE) to Taylor's appeal as Exhibit R to Defendant's reply in further support of its motion to dismiss.

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Steven J. Gillingham
by Patricia M. McCarthy
STEVEN J. GILLINGHAM
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 353-7972
Fax: (202) 514-8640

Dated October 12, 2018    Email: John.Roberson@usdoj.gov