# EXHIBIT B

## Docket Card

| Docket #: IBLA-2015-0207 | Title: Taylor Energy Company | Rec'd: 07/09/2015 |
|---|---|---|
| Underlying Dec: Taylor Mississippi Canyon Block 20 | Filed Location: BSEE LA | Bureau: BSEE |
| ABC Code: SAFENV | Case Type: Safety & environmental enforcement | Energy: Yes |
| Description: Re: Appeal of BSEE decision denying Taylor's request for departures and alternate procedures in the decommissioning efforts concerning the soils and intervention of each of the 16 wells on a lease formerly held and operated by Taylor Mississippi Canyon Block 20 (MC20) of the Gulf of Mexico |||
| Lead: James K. Jackson | Panel: James F. Roberts | Third: |
| Consolidated with: |||
| Case Citation: | Disposition Desc: ||

| Action Date | Action By | Action Type | Action Description |
|---|---|---|---|
| 9/28/2018 | IBLA | Decision or dispositive order | *Lucia* Hold: Unredacted Decision Ready to Issue |
| 04/26/2018 | IBLA | Order on procedural motion | Suspension Lifted |
| NOTE | NOTE | NOTE | AJ Silvia R. Idziorek and AJ K. Jack Haugrud are recused from considering this matter and will not consider or dismiss this matter |
| 01/18/2018 | IBLA | Order on procedural motion | Temp. Suspension Granted |
| 01/12/2018 | SOL DC | Status Report | Notice of Status |
| 12/06/2017 | IBLA | Order on procedural motion | Joint Motion to Suspend Consideration Granted |
| 11/07/2017 | FOIA REQUEST | Other/miscellaneous | FREEDOM OF INFORMATION ACT REQUEST: OS-2018-00279 |
| 11/03/2017 | Appt Atty | Request for ext of time - other | Joint Motion for 2nd Temp Suspension Consideration |
| 11/01/2017 | IBLA | Other/miscellaneous | Appeal Automatically Returned to the Active Docket |
| 07/28/2017 | Appt Atty | Procedural motion - other | Attorney Withdrawal ** David Longly Bernhardt withdraws from this appeal |
| 05/30/2017 | IBLA | Case suspension | Case suspension ending on 05/30/2017. |

| Action Date | Action By | Action Type | Action Description |
|---|---|---|---|
| 05/30/2017 | IBLA | Case suspension | Case suspension beginning on 05/30/2017. |
| 05/30/2017 | IBLA | Case suspension | Joint Motion for Temp Suspension Granted |
| 05/22/2017 | Appt Atty | Procedural motion - other | Joint Motion for Temp Suspension of Consideration |
| 11/14/2016 | Appt Atty | Reply to answer | Reply to Answer |
| 10/28/2016 | SOL DC | Answer | Answer |
| 10/12/2016 | FOIA REQUEST | Other/miscellaneous | FREEDOM OF INFORMATION ACT REQUEST: OS-2016-00458 |
| 10/11/2016 | IBLA | Order on procedural motion | Req to Limit Disclosure of Confidential Info Granted |
| 09/20/2016 | IBLA | Order on request for ext of time | Extension of Time Granted BSEE to file an Answer until 10-28-16 |
| 09/09/2016 | SOL DC | Request for ext of time - other | Motion for Extension of Time to file Answer |
| 08/05/2016 | IBLA | Order on request for ext of time | Extension of Time Granted BSEE to file Answer until 9-23-16 |
| 08/03/2016 | SOL DC | Request for ext of time - other | BSEE Request for Automatic Ext of Time to file Answer |
| 07/25/2016 | Appt Atty | Statement of Reasons | Statement of Reasons and exhibits (exhibits on CD) |
| 07/15/2016 | SOL DC | Reply to procedural motion | BSEE Response to Appt Motion to Limit Disclosure |
| 07/12/2016 | IBLA | Order on request for ext of time | Extension of Time Granted BSEE to Respond to Appts Motion until 7-22-16 |
| 07/08/2016 | BSEE | Request for ext of time - other | BSEE Unopposed Motion for Ext of Time to Respond to Appts Motion to Limit Disclosure of Confidential Information |
| 06/24/2016 | Appt Attys | Procedural motion - other | Appt Motion to Limit Disclosure of Confidential Information w/attachments |
| 06/22/2016 | IBLA | Order on request for ext of time | Second Extension of Time Granted Appt to file SOR until 7-25-16 |
| 06/20/2016 | Appt Atty | Request for ext of time - to file SOR | Unopposed Motion Requesting 30-day Extension of Time to file SOR |
| 04/22/2016 | SOL DC | File received | Admin Record Rec'd on a Disk |
| 01/05/2016 | NOTE | Other/miscellaneous | AR Requested |
| 12/02/2015 | NOTE | Other/miscellaneous | AR Requested |
| 10/14/2015 | NOTE | Other/miscellaneous | AR Requested |
| 07/29/2015 | IBLA | Order on request for ext of time | Ext of time to file SOR granted to Appt 60 days after receipt of admin record from BSEE |

| Action Date | Action By | Action Type | Action Description |
|---|---|---|---|
| 07/28/2015 | Appt Atty | Request for ext of time - to file SOR | Motion Requesting Ext of Time to file SOR 60 days after Receipt of Complete Admin Record |
| 07/13/2015 | SOL DC | Notice of Appeal | Notice of Appeal & Notice of Appearance by Eric Andreas |
| 07/10/2015 | NOTE | Other/miscellaneous | NO CASE FILE REC'D |
| 07/10/2015 | Appt Atty | Notice of Appeal | Notice of Appeal Rec'd ** |