# In the United States Court of Federal Claims

No. 16-12C
(Filed: October 17, 2018)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The court is in receipt of the substantive filings and exhibits as well as the docket sheet for plaintiff's pending appeal before the Interior Board of Land Appeals ("IBLA"). (ECF No. 88). Upon careful review of the IBLA docket sheet the court understands that the IBLA has prepared an unreacted decision regarding the plaintiffs appeal. Accordingly, in order to evaluate the merits of the government's motion to dismiss based on primary jurisdiction, the court hereby **ORDERS** the government to file the unreacted decision with this court under seal by **October 31, 2018.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge