# In the United States Court of Federal Claims

No. 16-12C
(Filed: October 24, 2018)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

The court is in receipt of the plaintiff's response to the government's filing of the administrative record of the plaintiff's Interior Board of Land Appeals ("IBLA") appeal and motion to either strike the administrative record or enter an order stating that the administrative record is confidential and protected from public disclosure.

The court notes that the government filed the substantive portions of the plaintiff's IBLA appeal on compact disc and under seal. Thus, the contents of the record are not subject to public disclosure. As such, disclosure of these record documents can only occur pursuant to the relevant Rules of the Court of Federal Claims for documents filed under seal.  *See* RCFC 5.2(d).  Therefore, the court **DENIES** the plaintiff's motion to strike the administrative record and finds that the plaintiff's motion for this court to enter an order stating the administrative record is confidential and protected from public disclosure is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge