## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____
)
**TAYLOR ENERGY COMPANY LLC,**           )
                                         )
       **Plaintiff,**                        )    No. 16-12C
                                         )    Judge Nancy B. Firestone
       **v.**                                )
                                         )
**THE UNITED STATES,**                   )
                                         )
       **Defendant.**                        )
_____)

### DEFENDANT'S NOTICE OF FILING UNDER SEAL THE FINAL DECISION OF THE INTERIOR BOARD OF LAND APPEALS IN THE PROCEEDING IBLA 2015-207

Pursuant to the Court's Order dated October 17, 2018, defendant, the United States, respectfully provides notice that it is filing under seal the final decision of the Interior Board of Land Appeals (IBLA) in the proceeding *Taylor Energy Company LLC*, IBLA 2015-207.

The IBLA's final decision was issued on October 30, 2018 following the ratification, by the Secretary of the Interior, of the appointment of the administrative judges serving on the Office of Hearings and Appeals' Board of Land Appeals.

                                    Respectfully submitted,

                                    JOSEPH H. HUNT
                                    Assistant Attorney General

                                    ROBERT E. KIRSCHMAN, JR.
                                    Director

                                    /s/ Steven J. Gillingham
                                    STEVEN J. GILLINGHAM
                                    Assistant Director

|  |  |
|---|---|
|  | /s/ John H. Roberson |
|  | JOHN H. ROBERSON |
|  | Senior Trial Counsel |
|  | Commercial Litigation Branch |
|  | Civil Division |
|  | Department of Justice |
|  | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Tele: (202) 353-7972 |
|  | Fax: (202) 514-8640 |
| Dated October 30, 2018 | Email:  John.Roberson@usdoj.gov |