# In the United States Court of Federal Claims

Nos. 16-12C
(Filed: March 5, 2019)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

The court hereby **SCHEDULES** a status conference in the above captioned case for **Monday, March 25, 2019 at 10:30 AM eastern time**. At the status conference the court wants a final report on the status of all pending litigation in any court regarding Taylor Energy's oil spill. The parties should be prepared to discuss whether the doctrine of primary jurisdiction remains applicable.

As set forth in the accompany order issued in Case No. 18-1949C the court will hear oral argument on the government's motion to dismiss (ECF No. 6) filed on February 15, 2019, after this status conference. The proceeding will be held via AT&T Teleconference. Counsel for each party has been provided with the dial-in information.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge